FILED

11/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0288

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0288

_____

PLANNED PARENTHOOD OF MONTANA, and
SAMUEL DICKMAN, M.D., on behalf of
themselves and their patients,

      Plaintiffs and Appellees,

   v.

STATE OF MONTANA, by and through AUSTIN         O R D E R
KNUDSEN, in his official capacity as Attorney
General, the MONTANA DEPARTMENT OF
PUBLIC HEALTH & HUMAN SERVICES,
and CHARLIE BRERETON, in his official
capacity as Director of the Department of Public
Health and Human Services,

      Defendants and Appellants.

_____

Upon consideration of Appellees' unopposed motion for an extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellees are granted an extension of time up to and including January 29, 2024, in which to prepare, file, and serve their answer brief in the captioned matter.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 3 2023